FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00983-BNB

KENNY SMITH,

    Plaintiff,

v.

GLOBAL STAFFING,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Kenny Smith, initiated this action by filing *pro se* a Complaint on April 13, 2011 asserting discrimination in employment. On April 15, 2011, the Court ordered Mr. Smith to cure a deficiency in his filings by submitting his Complaint on the court-approved form. Plaintiff filed his Title VII Complaint on May 16, 2011. Mr. Smith has been granted leave to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915.

The Court must construe Mr. Smith's filings liberally because he is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reason stated below, Mr. Smith will be directed to file an amended complaint.

Mr. Smith alleges in his Title VII Complaint that he has been discriminated in his employment on the basis of his race, sex and disability. However, he does not request any relief. Pursuant to Rule 8 of the Federal Rules of Civil Procedure, a complaint must "contain (1) a short and plain statement of the grounds for the court's jurisdiction,

. . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ."  Mr. Smith therefore will be directed to amend his Title VII Complaint to complete the "Request for Relief" section. Accordingly, it is

ORDERED that Plaintiff, Kenny Smith, file **within thirty days from the date of this order** an amended complaint that complies with the directive in this order.  It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Smith, together with a copy of this order, two copies of the Court-approved Title VII Complaint form to be used in submitting the amended complaint.  It is

FURTHER ORDERED that if Mr. Smith fails to file an amended complaint as directed within the time allowed, the Complaint and the action will be dismissed without prejudice, and without further notice.

DATED May 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00983-BNB

Kenny Smith
21523 E 45th Ave
Denver, CO 80249

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint form** to the above-named individuals on May 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk