IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00983
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
2011 JUL 29 AM 11: 39
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

Plaintiff, Kenny Smith,

v.

Defendant. GLOBAL STAFFING,

# TITLE VII COMPLAINT

## PARTIES

1. Plaintiff Kenny Smith is a citizen of USA who presently resides at the following address:
DENVER, COLO 21523 E 45TH AVE 80249

2. Defendant GLOBAL STAFFING lives at or is located at the following address:
530 MALLEY DRIVE NORTHGLENN, CO 80223

Attach a separate page, if necessary, to list additional parties.

## JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:

(Rev. 07/06)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **11-CV-00983**
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 APR 13  PM 2:18

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

_Kenny Smith_, Plaintiff,

v.

_Globel Staffing_,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

Discrimination

(Rev. 07/06)

## PARTIES

1. Plaintiff **Kenny Smith** is a citizen of **USA**
   who presently resides at the following address:
   **21523 E 45TH AVE DENVER, COLO 80249**

2. Defendant **GLOBAL STAFFING** is a citizen of **USA**
   who live(s) at or is/are located at the following address:
   **530 MALLEY DR NORTH GLENN CO**

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _____
   _____
   _____

5. Briefly state the background of your case:
   **Discrimination. I'm a black male with a disabilitie injured on the job laid off after three years of work with this company passed over for jobs given to female workers and I was the only one laid off at the time even though four women were hired after me.**

(Rev. 07/06)                                      2

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I worked for Global Staffing for three years and during that time there were job openings and I was past over every time I believe it was because I'm a black male and because I was injured on the job that I was working on when I first started working for Global Staffing. At one point a job was open and two of the women working there ask the manager to give me the job and Debbie Westmoreland said well you no how we girls talk and if he was up front with us we couldn't do that also I never got a raise in the whole three years I was there so when they filled the last position the lady that they hired started doing the jobs that I was doing so then they told me that when there was no work they would send me home. Then the manager had to have surgery and was gone for awhile the supervisor name Misty came and asked me if Debbie made me punch out for lunch I told her no so as soon as Debbie came back to work and talked to Misty they came up with all these new rules and I new that it was because of Misty who had caused many problems was the reason for the changes so I just did everything they wanted me to do and everytime I turned around they would change things I wouldn't argue I'd just do it because I needed the job so when I got to maximum medical emprovement things got even worse then they laid me off. I was the only one to get laid off at the time even though I had been there longer then four of the women and the last women hired had to learn the system that I already knew and I could do everything or learn everything

(Rev. 07/06)   3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

THAT NEEDED TO BE DONE SO IF THERE WAS NO WORK THERE WHY WOULD THEY HIRE SOMEONE ELSE. THERE WERE TIMES WHEN I'D GO TO THE RESTROOM AND SOMEONE WOULD COME AND TRY TO SNATCH THE DOOR OPEN THIS HAPPENED ON A FEW OCATIONS THERE WAS A RESTROOM RIGHT NEXT TO THE ONE I WAS IN BUT THE SINK DIDN'T WORK SO IT WASN'T USED MUCH SO DEBBIE CAME AND TOLD ME THAT I HAD TO START USING THE OTHER RESTROOM SO I ASKED IF IT'S GOOD ENOUGH FOR ME TO USE IT THEN IT'S GOOD ENOUGH FOR EVERYONE ELSE SO AFTER ABOUT TWO YEARS THEY HAD THE SINK FIXED AND THEN TOLD ME THAT ONE WAS NOW FOR THE WOMEN. THEY NEVER PUT SIGN'S UP SO THEY WOULD STILL USE BOTH RESTROOMS BUT I COULD ONLY USE THE ONE THERE'S STILL MORE THAT I HOPE I CAN BRING OUT IN COURT.

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

TWO YEARS PAY

13.00/hr ~~~~ 40 hrs WEEK

$49,920

Date: 4-12-11

(Plaintiff's Original Signature)

21523 E 45TH AVE
(Street Address)

DENVER, COLO 80249
(City, State, ZIP)

720-232-0535
(Telephone Number)

(Rev. 07/06)                               6

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

TWO YEARS PAY AT 13.00 hr 40 hrs A WEEK TOTALING $49,920

Date: 7-29-11

_____
(Plaintiff's Original Signature)

21523 E 45TH AVE
(Street Address)

DENVER, COLO 80249
(City, State, ZIP)

720-232-0535 OR 720-232-0581
(Telephone Number)

(Rev. 07/06)        6