IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00983-BNB

KENNY SMITH,

    Plaintiff,

v.

GLOBAL STAFFING,

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 02 2011

GREGORY C. LANGHAM
    CLERK

---

ORDER DRAWING CASE

---

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED August 2, 2011, at Denver, Colorado.

    BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00983-BNB

Kenny Smith
21523 E 45th Ave
Denver, CO 80249

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk