ADAM TELANOFF (california state bar #159761)
TELANOFF & TELANOFF
1830 12th Street, Unit 7
Santa Monica, CA   90404
TELEPHONE: (310) 396-5380

ATTORNEY FOR GT (GLOBAL STAFFING), INC.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 SEP 21 PM 1:53

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

KENNY SMITH

    Plaintiff

v.

GT (GLOBAL STAFFING), INC.
erroneously identified as Global Staffing

    Defendants

Case Number: 11-CV-00983 MSK-MEH

ANSWER

Defendant GT (GLOBAL STAFFING), INC. and answers Plaintiff's complaint as follows:

Defendant admits the following paragraphs: 1, 2, 3, 4

Defendant denies the following paragraphs: 5 (2nd paragraph 5), First Claim for Relief (unnumbered), Second Claim for Relief (unnumbered)

Defendant lacks sufficient information to admit or deny the following paragraphs: 5 (1st paragraph 5, which is blank), Third Claim for Relief (blank).

AFFIRMATIVE DEFENSES:

1    Failure to exhaust administrative remedies.

2    Failure to state a claim.

3    Statute of Limitations/Laches

Dated: September 21, 2011

Adam J. Telanoff,
Attorney for GT (Global Staffing), Inc.

1

# PROOF OF SERVICE

STATE OF COLORADO }
}
COUNTY OF ADAMS }

I am employed in the county of Adams, State of Colorado. I am over the age of 18 and not a party to the within action; my business address is 530 Malley Dr., Northglenn, CO 80233

On September 21, 2011 I served the foregoing document described as: **ANSWER** on Interested Parties in this action.

☒ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Kenny Smith<br>21523 E. 45th Avenue<br>Denver, CO   80249 | |

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fill prepaid at Northglenn, Colorado in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 21, 2011 at Northglenn, Colorado.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Debbie Westmoreland