IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   11-cv-00983-MSK-MEH | Date:   November 10, 2011 |
| Courtroom Deputy:   Cathy Coomes | **FTR – Courtroom A501** |

KENNY SMITH, *Pro Se*

    Plaintiff,

v.

GLOBAL STAFFING,                       Adam Telanoff (by phone)

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING CONFERENCE**

**Court in session:**   **9:36 a.m.**

Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Defendant's Rule 26(a)(1) Disclosures:**   November 21, 2011
**Plaintiff's Rule 26(a)(1) Disclosures:**   November 30, 2011

**Joinder of Parties/Amendment of Pleadings:**   December 27, 2011

**Discovery Deadline:  May 1, 2012**

**Dispositive Motion Deadline:**   June 1, 2012

**Initial Rule 26(a)(2) Disclosures:**   March 15, 2012
**Rebuttal Rule 26(a)(2) Disclosures:**   April 15, 2012

The Court notes that the parties have consented to the jurisdiction of a magistrate judge.

Discussion regarding setting a Settlement Conference.

**Court in recess:**   **9:49 a.m.**   (Hearing concluded)
**Total time in Court:** 0:13