IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   11-cv-00983-MSK-MEH           **FTR – Courtroom A501**
**Date:**   January 10, 2013                          Cathy Coomes, Courtroom Deputy

KENNY SMITH,                                          *Pro Se*

    Plaintiff,

v.

GLOBAL STAFFING,                                      Adam Telanoff

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   **11:20 a.m.**

The Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant by telephone.

Discussion regarding the status of the case and discovery.  The parties advise the Court that discovery is completed.

The Court notes that Mr. Telanoff's information is not current.  Mr. Telanoff states his current address and telephone on the record as follows: **1025 North Brand Boulevard, Suite 301, Glendale, California 91202.**  The Court Mr. Telanoff to file a notice of change of address and telephone number with the Clerk of the Court.

The parties will be notified by separate order from Chief Judge Marcia S. Krieger of a Final Pretrial Conference date.

**Court in recess:**   **11:27 a.m.**   (Hearing concluded)
Total time in court:   7 minutes