IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00983-MSK-MEH

KENNY SMITH,

    Plaintiff,

v.

GLOBAL STAFFING,

    Defendant..

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**Michael E. Hegarty, United States Magistrate Judge**.

    This matter comes before the Court *sua sponte*. On January 10, 2013, the Court held a Status Conference in this case. Plaintiff and counsel for Defendant appeared telephonically and represented to the Court that they were ready to proceed with a pretrial conference and trial. The parties indicated that they have conducted no formal discovery; however, neither party has requested an extension of any deadlines.

    Therefore, the Court respectfully RECOMMENDS that Chief Judge Krieger schedule a final pretrial conference and trial as her calendar permits.[1]

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the

Respectfully submitted at Denver, Colorado, this 11th day of January, 2013.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge

---

aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).