IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   11-cv-00983-MSK-MEH          **FTR – Courtroom A501**
**Date:**   April 29, 2013                                              Cathy Pearson, Courtroom Deputy

KENNY SMITH,                                                          *Pro Se*

    Plaintiff,

v.

GLOBAL STAFFING,                                                Adam Telanoff (by phone)

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   10:19 a.m.

The Court calls case. Appearance of *pro se* Plaintiff.

10:22 a.m.     The Court contacts Mr. Telanoff by telephone.

Discussion regarding the status of the case and setting a Final Pretrial Conference with Chief Judge Krieger. The parties are advised of the Final Pretrial Conference date before Chief Judge Krieger. Mr. Telanoff must be present in person at the Final Pretrial Conference.

Discussion regarding Plaintiff's request for appointment of counsel and setting this matter for an Early Neutral Evaluation Conference. Plaintiff is directed to file a written motion for appointment of counsel.

**Court in recess:**     10:27 a.m.     (Hearing concluded)
Total time in court:     0:08

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.