**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                                  Date: July 18, 2013
Court Reporter:       Terri Lindblom

Civil Action No. 11-cv-00983-MSK-MEH

*Parties*:                                                                              *Counsel Appearing:*

KENNY SMITH,                                                              Lisa Sahli
                                                                                       Katayoun Donnelly

        Plaintiff,

v.

GLOBAL STAFFING,
                                                                                       Adam Telanoff (by telephone)
        Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Further Final Pretrial Conference.

**4:03 p.m.      Court in session.**

Counsel are present as listed above.  Plaintiff is present.

The Court addresses Motion to Dismiss Complaint (**Doc. #41**).

No further argument.

**ORDER:**     Motion to Dismiss Complaint (**Doc. #41**) is **DENIED.**

The Court addresses Motion for Reconsideration (**Doc. #46**)

**ORDER**:      Motion for Reconsideration (**Doc. #46**) is **GRANTED for purposes of the Pretrial Order.   The claims asserted, not the Complaint itself, will be amended as follows.** The claims that will proceed to trial are: Gender discrimination under Title VII, Race discrimination in violation of Title VII,

                Race discrimination in violation of 42 U.S.C. Section 1981, Disability discrimination in violation of the ADA. The fifth claim, Wrongful Discharge in Violation of Public Policy Under Colorado Law will not proceed to trial for the reasons stated on the record. Plaintiff's request for a jury trial is granted.

Review of the proposed final pretrial order.

The Court addresses setting the matter for trial.

**ORDER:**   Jury trial (3 days) is set on **September 23, 2013 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO. All subsequent days of trial will begin at 8:30 a.m., unless counsel are advised otherwise. Any motion to continue will be filed on or before **September 13, 2013.**

**ORDER:**   Proposed voir dire and jury instructions will be filed by **August 30, 2013.** The parties will include, in the form of a jury instruction, set forth their stipulated facts as addressed on the record.

**ORDER:**   Pertinent to trial process: Each side will be given 6 hours of time to use however they wish (openings, closing, presentation of evidence). The time will be tracked by the Courtroom deputy. No exhibits, demonstrative or otherwise, will be used in opening statements.

**ORDER**:   The Final Pretrial Order [44] with the revisions reflected in the Minutes is **APPROVED.**

**4:50p.m.**   **Court in recess.**

**Total Time:   47 minutes.**
**Hearing concluded.**