# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Honorable Marcia S. Krieger

**Civil Action No. 11-cv-00983-MSK-MEH**

**KENNY SMITH,**

    **Plaintiff,**

**v.**

**GLOBAL STAFFING,**

    **Defendant.**

___

## JUDGMENT
___

**PURSUANT TO** the jury's verdict of September 26, 2013, judgment is hereby entered in favor of the Defendant, Global Staffing, against the Plaintiff, Kenny Smith, on all claims in this action, with costs pursuant to Fed. R. Civ. P. 54(d)(1).

Dated this 26th day of September, 2013.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*
                                _____

                                Marcia S. Krieger
                                Chief United States District Judge